UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California | RE: Mario Alberto MORENO<br>Docket Number: 1:08CR00283-001<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Mario Alberto Moreno is requesting permission to travel to Guadalajara, Jalisco, Mexico. He is current with all supervision obligations, and all monetary obligations have been satisfied.

**Conviction and Sentencing Date:** On February 27, 2009, Mr. Moreno was sentenced for the offense of 21 USC 841(a)(1) – Possession With Intent to Distribute Methamphetamine, a Class A Felony.

**Sentence Imposed:** 75 months custody of the Bureau of Prisons; 60-month Term of Supervised Release; Mandatory drug testing; Firearms restrictions; DNA testing; and $100 special assessment.

**Dates and Mode of Travel:** Flying to Mexico on May 27, 2015, returning June 18, 2015. He will be accompanied by his wife and two children.

**Purpose:** Previously, on February 25, 2014, the Court authorized the offender to travel to Mexico to visit his mother. He is again requesting travel to visit his mother.

**RE:     Mario Alberto MORENO**
**Docket Number:  1:08CR00283-001**
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

**/s/Julie A. Fowler**

**JULIE A. FOWLER**
**United States Probation Officer**

Dated:    April 3, 2015
          Roseville, California
          /jaf

                             /s/ Michael A. Sipe
**REVIEWED BY:**    **MICHAEL A. SIPE**
                    **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved          ☐     Disapproved

**April 3, 2015**                **/s/ Lawrence J. O'Neill**
**Date**                         **Lawrence J. O'Neill**
                                 **United States District Judge**

2